UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-21716-CIV-O'SULLIVAN
[CONSENT]

MARIANA PONTON,
    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security
Administration,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Amended Application for Attorney's Fee Under the Equal Access to Justice Act (DE# 29, 8/26/15) (hereinafter "Application for Attorney's Fees"). This motion was referred to United States Magistrate Judge John J. O'Sullivan for all proceedings, including the entry of Judgment (DE # 13, 8/15/14).  On August 26, 2015, the plaintiff filed the Application for Attorney's Fees (DE # 29, 8/26/15).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

As of the date of this Order, the defendant has failed to file a response to the Application for Attorney's Fees.  The plaintiff requests $6,742.42 in attorneys fees and $400.00 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  A review of the petition reveals that the requested fees and costs are reasonable and permitted

pursuant to 28 U.S.C. § 2412. Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff's Amended Application for Attorney's Fee Under the Equal Access to Justice Act (DE# 29, 8/26/15) is GRANTED and that the plaintiff is awarded fees and costs in the amount of $7,142.42.

DONE AND ORDERED in Miami, Florida, this 17th day of September, 2015.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record